# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| MICHAEL L. SEABROOKE,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF THE TREASURY-<br>INTERNAL REVENUE SERVICE, and<br>S.C. DEPARTMENT OF SOCIAL<br>SERVICES,<br><br>    Defendants. | 2:23-cv-42 |

## ORDER

Before the Court are Plaintiff's Objections to the Magistrate Judge's Report and Recommendation dated May 20, 2024. Dkt. No. 13. In the Report, the Magistrate Judge recommended the Court dismiss all claims against Defendants Department of the Treasury-Internal Revenue Service ("IRS") and S.C. Department of Social Services based on Plaintiff's failure to state a claim and his failure to exhaust his administrative remedies. Dkt. No. 12 at 1.

In his Objections, Plaintiff challenges the dismissal of his claims. Dkt. No. 13. Specifically, Plaintiff asserts the Magistrate Judge incorrectly dismissed the claims against Defendants because Plaintiff is entitled to relief and did, in fact, exhaust all available administrative remedies. Plaintiff asserts the Magistrate Judge erred in finding Defendant IRS has

immunity because he did file an administrative claim with the IRS. Id. at 4. Plaintiff argues information about the economic impact payments were broadcasted nationally and Defendant IRS's immunity is void. Id. Plaintiff argues this allows taxpayers to file actions seeking tax refunds. Further, Plaintiff attached an IRS document, arguing it shows he exhausted all administrative remedies. Id.

A review of the record shows Plaintiff has failed to state a claim. Plaintiff's tax returns were subject to the administrative offsets through the Treasury Offset Program. Dkt. No. 12 at 4. Plaintiff offers no explanation to suggest his tax returns were not appropriately withheld and applied to his child support debt. Therefore, Plaintiff has not presented any facts to show he is entitled to this relief or the Magistrate Judge's analysis was incorrect.

Additionally, Plaintiff did not exhaust his administrative remedies. Plaintiff attached a copy of a letter from the IRS. Dkt. No. 13 at 7. Although the letter is in reference to the December 31, 2021 tax period, it is unclear what Plaintiff may have initially filed. Regardless, the letter states no action was necessary on Plaintiff's account and provided Plaintiff with an address for further correspondence. Id. Nothing indicates Plaintiff took any steps to follow up with the IRS after receiving

this letter. Plaintiff did not exhaust his administrative remedies.

Plaintiff additionally asserts the Magistrate Judge erred in dismissing another case Plaintiff filed. Id. at 3. The ruling in the other case is irrelevant to the case at hand.

The Court finds no error with the Magistrate Judge's analysis and conclusions. Accordingly, the Court **OVERRULES** Plaintiff's Objections to the Report and Recommendation.

After an independent and de novo review of the entire record, the Court **CONCURS** with the Magistrate Judge's Report and Recommendation, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Plaintiff's Objections. The Court **DISMISSES** Plaintiff's Complaint without prejudice, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff in forma pauperis status on appeal.

**SO ORDERED**, this 15 day of July, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA